AO 91 (Rev. 02/09)   Criminal Complaint

# UNITED STATES DISTRICT COURT

for the
District of Arizona

| | |
|---|---|
| United States of America | ) |
| | ) |
| v. | ) |
| Tricia Ann Thomas | ) |
| a.k.a.: Patricia Ann Thomas | ) |
| USC | ) |
| *Defendant* | |

Case No. 19 - 5462 MJ

## CRIMINAL COMPLAINT

I, the undersigned complainant, being duly sworn, state that the following is true and correct to the best of my knowledge and belief.

On or about October 10, 2019, at or near Gila Bend, in the County of Maricopa, in the District of Arizona, TRICIA ANN THOMAS, knowingly and with reckless disregard of the fact that certain aliens, Jorge Alejandro Echeverria-Avalos and Edwar Ricardo Candido-Luquin, had come to, entered, and remained in the United States in violation of law, did transport and move said aliens within the United States by means of transportation and otherwise, in furtherance of such violation of law; in violation of Title 8, United States Code, Sections 1324(a)(1)(A)(ii).

**See Attached Statement of Probable Cause Incorporated By Reference Herein.**

REVIEWED BY: AUSA Caitlin Noel for AUSA Hunter Bridges

_____
Signature of Complainant
MICHAEL HECTOR
U.S. Border Patrol Agent

Sworn to before me and subscribed in my presence, October 11, 2019, in Phoenix, Arizona.

_____
Signature of Judicial Officer
HONORABLE DEBORAH M. FINE
United States Magistrate Judge

## STATEMENT OF PROBABLE CAUSE

1.  Your affiant is a Border Patrol Agent with U.S. Border Patrol, U.S. Customs and Border Protection.  I have learned about this investigation and the facts contained therein from direct participation in the investigation and from the reports and communications of other agents.

2.  On October 10, 2019, Border Patrol Agent Omar Meza was performing his assigned duties at the State Route 85 immigration checkpoint near Gila Bend, in the District of Arizona. At approximately 2:22 PM, a light blue Ford Crown Victoria pulled into the primary inspection area. Agent Meza identified himself as a U.S. Border Patrol Agent and performed an immigration inspection of the occupants in the vehicle.

3.  Agent Meza approached the driver's side window of the vehicle and began performing his immigration inspection.  Agent Meza asked the driver of the vehicle, later identified as Tricia Ann THOMAS, if she could lower the rear window of the Ford Crown Victoria. THOMAS stated that the window was broken and to open the door instead.

4.  Agent Meza opened the door and asked the passenger on the rear passenger side of the vehicle, later identified as Jorge Alejandro Echeverria-Avalos, how his day was, to which he replied yes. Agent Meza asked Echeverria-Avalos if he had any immigration documents, to which he replied yes. Agent Meza then asked to see Echeverria-Avalos's immigration documents but he failed to provide any.

5.  Agent Meza asked THOMAS to drive over to the secondary inspection area for further immigration checks. THOMAS complied.

6.  In the secondary inspection area, Agent Meza asked Echeverria-Avalos to step out the vehicle for further immigration questioning. Echeverria-Avalos was asked if he had any immigration documents in his possession. He said he had forgotten them in his house. Agent Meza then asked Echeverria-Avalos where he was born, to which he responded Mexico. Echeverria-Avalos was asked if he had any immigration documents given to him by the U.S. Government that allowed him to be legally in the United States and he said no. Agent Meza then placed Echeverria-Avalos under arrest for being an undocumented alien in the United States.

7.  While Agent Meza escorted Echeverria-Avalos to the holding cell, Echeverria-Avalos said that his cousin and his friend sitting in the sedan had also entered illegally into the United States. Agent Meza asked him to tell him where in the vehicle they were sitting. Echeverria-Avalos described the front passenger, later identified as Edwar Ricardo Candido-Luquin, and the rear middle passenger.

8.  Agent Meza returned to the Ford Crown Victoria and conducted an immigration inspection on Candido-Luquin and the rear middle passenger. Agent Meza determined that they were illegally in the United States and placed them under arrest.

9.  THOMAS and the driver side passenger, later identified as a male United States citizen (hereinafter "male USC passenger"), were arrested for human smuggling. All subjects were transported to the Ajo Border Patrol Station for further processing.

10. At the Ajo Border Patrol Station, THOMAS was read her constitutional rights and declined to answer questions. THOMAS did, however, consent to a search of her cellular telephone. A search of THOMAS's phone revealed text messages with a contact labeled "Aaron" with a phone number ending in 9094.

11. At the Ajo Border Patrol Station, Edwar Candido-Luquin was asked to provide a statement. Candido-Luquin stated he is a citizen of Mexico without proper documentation to enter or remain into the United States. He stated that he crossed into the United States from Mexico on October 7, 2019, with two other people and a guide. He said the guide walked them for approximately three hours through the desert to a house in the United States. When they arrived at the house, the guide told them to wait there and that someone would come pick them up. Three days passed before a car arrived at the house to pick them up. Candido-Luquin said there was a female driver and a male passenger, later identified as THOMAS and the male USC passenger. Both driver and passenger exited the vehicle and walked up to the house to pick the men up. THOMAS does not speak Spanish and was only able to communicate with Candido-Luquin and the two other men through hand signals.

12. Candido-Luquin said that he and the other two men got into the backseat of the car as THOMAS had motioned them to do. Candido-Luquin said that THOMAS knew that the three men were in the United States Illegally. Candido-Luquin said that when in Ajo, Arizona, THOMAS motioned for him to get out of the backseat and sit in the front passenger seat. Candido-Luquin said THOMAS was going to take him to

Phoenix, Arizona, and that she and the male USC passenger were going to receive part

of the crossing fee for driving them to their destination.

13. Candido-Luquin was shown two photographic line-ups and was able to identify

THOMAS as the driver of the car that picked them up.

14. Candido-Luquin consented to a search of his phone. A search of Candido-Luquin's

call log revealed a call with the same phone number ending in 9404 associated with

the contact "Aaron" in THOMAS's phone.

15. At the Ajo Border Patrol Station, Jorge Alejandro Echeverria-Avalos was asked to

provide a statement. Echeverria-Avalos stated that he is a citizen of Mexico without

proper documentation to enter or remain in the United States. Echeverria-Avalos

stated that his father had arranged for Echeverria-Avalos to be smuggled into the

United States. He said he arrived in Sonoyta, Mexico, on October 7, 2019, and crossed

into the United States on October 9, 2019. He said the group walked for

approximately three hours to a house where the guide told them to wait for a car that

would come pick them up and take them to an undisclosed location in the United

States. Echeverria-Avalos said the person who made arrangements for them to be

smuggled into the United States charged him $10,000 USD, to be paid once he started

working in the United States.

16. Echeverria-Avalos said that on October 10, 2019, Candido-Luquin received a phone

call from an unknown person telling them their ride was on its way to pick them up.

Approximately thirty minutes later, a car arrived at the house where they had been

waiting. He said there were two people in the car to pick them up: a male, later identified as the male USC passenger, and a female, later identified THOMAS. Echeverria said they were not able to communicate with the driver or passenger due to a language barrier. Using hand gestures, the driver and passenger motioned for the men to get into the car. Echeverria-Avalos believed THOMAS and the male USC passenger knew they were in the United States illegally. He was not sure but also believed they were going to get some payment out of the $10,000 dollars for picking them up.

17. Echeverria-Avalos was shown two photographic line-ups and was able to identify THOMAS as the driver of the car that picked them up.

//

//

//

//

//

//

//

//

//

//

//

18. For these reasons, your affiant submits that there is probable cause to believe that on or about October 10, 2019, at or near Gila Bend, in the County of Maricopa, in the District of Arizona, TRICIA ANN THOMAS knowingly and in reckless disregard of the fact that certain aliens, namely Jorge Alejandro Echeverria-Avalos and Edwar Ricardo Candido-Luquin, had come to, entered, and remained in the United States in violation of law, did transport and move said aliens within the United States by means of transportation and otherwise, in violation of Title 8, United States Code, Section 1324(a)(1)(A)(ii).


MICHAEL HECTOR
U.S. Border Patrol Agent


Sworn to and subscribed before me this 11th day of October, 2019.

HONORABLE DEBORAH M. FINE
United States Magistrate Judge

7